UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-01178-KK-DTBx** | Date: | January 6, 2026 |
|---|---|---|---|
| Title: | *Mariana Stramiello v. General Motors LLC et al.* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On May 15, 2025, plaintiff Mariana Stramiello ("Plaintiff") filed a Complaint against defendant General Motors LLC ("Defendant"). ECF Docket No. ("Dkt.") 1. On June 23, 2025, Defendant filed an Answer. Dkt. 12.

On August 1, 2025, the Court issued a Civil Trial Scheduling Order requiring the parties to participate in a private mediation under the mandatory Court-Directed Alternative Dispute Resolution Program no later than December 18, 2025. Dkts. 19, 20. In addition, Plaintiff was ordered to file a Joint Report regarding the outcome of settlement discussions, the likelihood of possible further discussions, and any help the Court may provide with regard to settlement negotiations "**no later than seven (7) days after** the settlement conference." Dkt. 19 at 3 (emphasis in original).

Plaintiff was, therefore, required to file the Joint Report no later than December 26, 2025. However, the Court has not received a Joint Report. Plaintiff is therefore in violation of the Court's August 1, 2025 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order. See Fed. R. Civ. P. 41(b). Before dismissing this action, the Court will afford Plaintiff an opportunity to explain her failure to file the Joint Report as directed by the Court's August 1, 2025 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including January 9, 2025** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**